**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Billy John Geisendorff, Appellant.

Appellate Case No. 2016-001901

———

Appeal From Lexington County
D. Garrison Hill, Circuit Court Judge

———

Unpublished Opinion No. 2019-UP-071
Submitted January 1, 2019 – Filed February 13, 2019

———

**APPEAL DISMISSED**

———

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Billy John Geisendorff, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.